UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW HAUGAN,<br><br>Plaintiff,<br><br>vs.<br><br>ROSE MEDINA, IN HER INDIVIDUAL AND OFFICIAL CAPACITY;<br><br>Defendant. | 4:19-CV-04177-LLP<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS TO DISMISS |

Plaintiff, Matthew Haugan, filed a pro se lawsuit under 42 U.S.C. 1983. Doc. 1. Haugan moves to dismiss this case with prejudice. Docs. 33, 37. The Federal Rules of Civil Procedure allow a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Here, none of the defendants have served answers or motions for summary judgment. Normally, a voluntarily dismissal would be without prejudice but because Haugan specifically states he wants to dismiss the action with prejudice, the dismissal is with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, it is ORDERED:

1. That Haugan's motions to dismiss (Docs. 33, 37) are granted.

DATED August 27, 2020.

ATTEST:
MATTHEW W. THELEN, CLERK

*[signature: Matthew Thelen]*

BY THE COURT:

*[signature]*

Lawrence L. Piersol
United States District Judge